*as of October 3, 2016*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 21-1082 WJ | UNITED STATES vs. Rattliff, et al. |
|---|---|

**Before The Honorable John F. Robbenhaar, United States Magistrate Judge**

| Hearing Date: | 07/27/2021 | Time In and Out: | 3:06 p.m. - 3:36 p.m. | | |
|---|---|---|---|---|---|
| Clerk: | K. Hernandez de Sepulveda | Digital Recording: | ABQ-Hondo | | |
| Defendant: | Jasmine Nichole Williams | Defendant's Counsel: | Stephen Taylor | | |
| AUSA: | Presiliano Torrez | Interpreter: | N/A | ☐ | Sworn |
| | | | | ☐ | Waived |

| | | |
|---|---|---|
| ☒ | Defendant Sworn | ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | |
| ☒ | Deft acknowledges receipt of:    **Information** | |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | |
| ☒ | Deft pleads GUILTY to:  **Information** | |
| ☒ | Allocution by Deft on elements of charge(s). | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | |
| ☒ | Deft adjudged guilty. | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | |
| ☒ | Sentencing Date: **to be notified** | |
| ☐ | Defendant to Remain in Custody | |
| ☒ | Present conditions of release continued | ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained | |
| ☒ | Presentence Report Ordered | ☐ Expedited (Type III) |
| | Other Matters:  Defendant waives personal presence at hearing/Court accepts Defendant's waiver; Court inquires as to why this hearing should be held at this time; Defense counsel and Government respond; Court makes findings as to why this hearing was held at this time. | |